TRACY HOPE DAVIS
United States Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email: Barbara.A.Matthews@usdoj.gov
Telephone: (510) 637-3200
Facsimile: (510) 637-3220

BY: BARBARA A. MATTHEWS (SBN 195084)
 Trial Attorney, Oakland Division

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>MOATAZ M. MAASRANI and<br>CLAUDINE S. MAASRANI,<br><br>Debtors. | Case No. 14-40781 WJL<br><br>Chapter 7 |

**UNITED STATES U.S. TRUSTEE'S *EX PARTE* MOTION FOR ORDER REQUIRING MOATAZ M. MAASRANI TO PRODUCE DOCUMENTS AND TO APPEAR FOR ORAL EXAMINATION UNDER FED. R. BANK. PRO. 2004**

Tracy Hope Davis, the United States Trustee for Region 17 (the "United States Trustee"), by and through her undersigned counsel, moves *ex parte* for an order directing Debtor Moataz M. Maasrani ("Mr. Maasrani") to produce certain documents and to submit for an examination that will be taken under oath and recorded under Rule 2004 of the Federal Rules of Bankruptcy Procedure. In support of her motion, the United States Trustee states:

1. On March 11, 2015, the Debtors Moataz M. Maasrani and Claudine S. Maasrani filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Docket No. 1.

2. The Debtors' first meeting of creditors was held on April 17, 2015. (*See* docket notes entered 4/30/15). There have been four additional meetings of creditors held on May 15, 2015, June 12, 2015, July 17, 2015, and August 7, 2015. (*See* docket notes entered on 5/15/15, 6/12/15, 7/17/15 & 8/7/15).

3. At their meetings of creditors, the Debtors testified under oath regarding their assets and liabilities. *Id*. Based upon that testimony and based upon the declaration filed by the Chapter 7 trustee in support of her objection to the Debtors' motion to dismiss their case, the United States Trustee believes that the Debtors have undervalued their principal residence on Schedule A, have failed to disclose assets on their Schedule B and made numerous misstatements and omissions on their Schedules and Statement of Financial Affairs. Docket No. 36.

4. As the result of the events set forth above, the United States Trustee requests that Moataz M. Maasrani (Mr. Maasrani") be ordered to produce copies or originals of the documents described in the attached Exhibit A to the attention of the undersigned at the Office of the United States Trustee, *1301 Clay Street, Oakland, California 94612 as to be received by 1:00 p.m. on or before September 23, 2015.*

5. In addition, the United States Trustee intends to examine Mr. Maasrani relating to the circumstances surrounding the above bankruptcy filing, and in particular the undervaluation and nondisclosure of assets, as well as misstatements and omissions on the Schedules and Statement of Financial Affairs.

6. The United States Trustee requests that Mr. Maasrani be ordered to appear for an examination that will be taken under oath and recorded under Rule 2004 if the Federal Rules of Civil Procedure *on October 1, 2015 at 10:30 a.m.* at the Office of the United States Trustee, *1301 Clay Street, Suite 690N, Oakland, California 94612*.

WHEREFORE, the United States Trustee requests entry of an order requiring Mr. Maasrani to produce the previously described documents on or before September 23, 2015 and to appear for and to submit examination that will be taken under oath and recorded under Rule 2004 of the Federal Rules of Bankruptcy Procedure on October 1, 2015 at 10:30 a.m., and for such other and further relief as the Court deems just and appropriate.

Dated: August 26, 2015

          TRACY HOPE DAVIS
          U.S. Trustee for Region 17

          */s/Barbara A. Matthews     /*
          BARBARA A. MATTHEWS
          Trial Attorney, Oakland Division