

TRACY HOPE DAVIS
United States Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612
Email: Barbara.A.Matthews@usdoj.gov
Telephone: (510) 637-3200
Facsimile: (510) 637-3220

The following constitutes the order of the court.
Signed August 28, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

BY: BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney, Oakland Division

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re

MOATAZ M. MAASRANI and
CLAUDINE S. MAASRANI,

        Debtors.

Case No. 15-40781 WJL

Chapter 7

## ORDER DIRECTING EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. BANK. PRO. 2004

Upon consideration of the "United States Trustee's Ex Parte Motion for Order Requiring Moataz M. Maasrani to Produce Documents and to Appear for oral Examination Under Fed. R. Bank. Pro. 2004," and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

A. Debtor Moataz M. Maasrani shall produce copies or originals of the following documents to the Office of the United States Trustee, *1301 Clay Street, Suite 690N, Oakland California 94612*, so as to be *received by 1:00 p.m. on or before September 23, 2015*:

1. All bank statements for all personal bank accounts, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

2. All bank statements for MCP Interpreters, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

3. All books and records, profit and loss statements, or similar documents evidencing the financial activity for MCP Interpreters, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

4. All bank statements for Paul's Technical Support, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

5. All books and records, profit and loss statements, or similar documents evidencing the financial activity for Paul's Technical Support, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

6. All bank statements for any business, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

7. All bank statements for any business, maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

8. All books and records, profit and loss statements, or similar documents evidencing the financial activity for any business maintained by you or Claudine S. Moataz, whether open or closed, for the period that began on January 1, 2014 to the present.

9. All brokerage statements or similar documents evidencing the account balances of all brokerage accounts maintained by you or Claudine S. Moataz, whether opened or closed, for the period that began on January 1, 2014 to the present.

///

10. All brokerage statements or similar documents evidencing the purchase or sale of stocks or securities owned by you or Claudine S. Moataz, whether the account is opened or closed, for the period that began on January 1, 2014 to the present.

11. All account statements or similar documents evidencing the account balances of all investment accounts maintained by you or Claudine S. Moataz, whether opened or closed, for the period that began on January 1, 2014 to the present.

12. All insurance policies maintained by you or Claudine S. Moataz, whether in force or not, for the period that began on January 1, 2014 to the present.

13. All documents evidencing cash outs or transfers of life insurance proceeds regarding life insurance policies maintained by you or Claudine S. Moataz whether in force or not, for the period that began on January 1, 2014 to the present.

14. All appraisals or similar documents evidencing the fair market value of your residence located at 3656 Annis Circle, Pleasanton, California 94588.

15. All documents relating to the foreclosure of the property located at 1712 Calais Court, Hayward, California.

B. Debtor Moataz M. Maasrani be ordered to appear for and submit to an oral examination under oath to be recorded by the United States Trustee under Rule 2004 of the Federal Rules of Bankruptcy Procedure on *October 1, 2015 at 10:30 a.m.* at the Office of the United States Trustee, *1301 Clay Street, 690N, Oakland, California 94612*, or at such other time(s) and place(s) as may be agreed to in writing by the parties.

***END OF ORDER***

COURT SERVICE LIST

Debtors

Moataz M. Maasrani
3656 Annis Circle
Pleasanton, California 94588

Claudine S. Maasrani
3656 Annis Circle
Pleasanton, California 94588